UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandywine Communications Technologies, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OM Networks, d/b/a Omsoft Technologies,<br><br>    Defendant. | No. 2:13-cv-00508-MCE-JFM<br><br>**ORDER** |

Presently before the Court is an unopposed[1] Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation, filed by Plaintiff Brandywine Communications Technologies, LLC ("Plaintiff") on June 24, 2013. (ECF No. 10.) In light of Defendant's non-opposition to Plaintiff's instant Motion to Stay and good cause appearing, Plaintiff's Motion to Stay is GRANTED.[2]

///

///

---

[1] Plaintiff's counsel Lei Sun has filed a Declaration stating that he conferred with Defendant's counsel regarding staying this case pending a decision by the Judicial Panel on Multidistrict Litigation on Plaintiff's recent motion to transfer this case, and that Defendant's counsel expressed his non-opposition to Plaintiff's instant Motion to Stay. (See Declaration of Lei Sun, ECF No. 10-2 ¶¶ 2-3.)

[2] Because oral argument would not be of material assistance, the Court orders this matter submitted on the briefing. E.D. Cal. R. 230(g).

1

This case is hereby STAYED as to all proceedings until a decision has been rendered by the Judicial Panel on Multidistrict Litigation on Brandywine Communication Technologies, Inc.'s motion to transfer. Not later than ten (10) days after the said decision is rendered by the Judicial Panel on Multidistrict Litigation, Plaintiff is directed to inform this Court of the status of this case and move to lift the stay.

In light of the Court's decision to submit this matter on the briefing, the hearing on Plaintiff's instant Motion to Stay, currently scheduled for July 25, 2013, is VACATED, and Plaintiff's Request for Telephonic Appearance (ECF No. 11) is DENIED as moot.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT